# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
DARROL STROUD MOSLEY,
DECEASED.

No. 73017

JORJA MOSLEY,

Appellant,

vs.

DIANNE PARKER,

Respondent.



FILED

JUN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal in a probate matter. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal fails to identify any appealable order. And it appears from the district court docket entries and minutes that no appealable order has been entered. *See* NRAP 3A. A notice of appeal filed before entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1);

*Rust v. Clark Cty. School Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Gloria Sturman, District Judge
Jorja Mosley
Solomon Dwiggins & Freer, Ltd.
Eighth District Court Clerk

---

[1]Appellant's motion to stay the district court proceedings is denied as moot.